PHILLIP A. TALBERT
United States Attorney
JESSICA A. MASSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DONIS ARIEL MALDONADO, <br><br> Defendant. | CASE NO. 1:21-CR-00027-JLT-SKO <br><br> ORDER TO UNSEAL REDACTED COPY OF THE INDICTMENT |

The indictment was sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure.

IT IS HEREBY ORDERED that the redacted copy of the indictment as to **Donis Ariel Maldonado** only be made public record.

IT IS SO ORDERED.

Dated:  **May 20, 2022**

_____
UNITED STATES MAGISTRATE JUDGE

3