PHILLIP A. TALBERT
United States Attorney
JESSICA A. MASSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONIS ARIEL MALDONADO,<br><br>Defendant. | CASE NO.  1:21-CR-00027-JLT-SKO<br><br>ORDER STAYING MAGISTRATE JUDGE'S ORDER RELEASING DEFENDANT ON CONDITIONS PENDING HEARING ON THE GOVERNMENT'S MOTION FOR REVOCATION HEARING |

Upon application of the United States for a stay of the order of U.S. Magistrate Judge Jill L. Burkhardt (SDCA) setting conditions of release for the above-named defendant, and good cause appearing,

IT IS HEREBY ORDERED THAT Magistrate Judge Burkhardt's order setting conditions for release of the above-named defendant be stayed pending the disposition of the government's motion to revoke the order.

IT IS FURTHER ORDERED that the matter of the defendant's release/detention be calendared as soon as convenient to the court and the parties.

Dated:  ___May 20, 2022___

_____
Hon. Jennifer L. Thurston
United States District Judge

ORDER STAYING MAGISTRATE JUDGE'S
RELEASE ORDER

1