HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21-CR-00027-JLT-SKO |
| Plaintiff, | **APPLICATION AND ORDER APPOINTING CJA PANEL COUNSEL** |
| vs. | |
| DONIS ARIEL MALDONADO, | |
| Defendant, | |

Defendant Donis Ariel Maldonado, through the Federal Defender for the Eastern District of California, hereby requests appointment of CJA panel counsel.

On May 20, 2022, an Indictment was issued in the above captioned case. Mr. Maldonado had an initial appearance on the allegations in the Southern District of California on May 16, 2022, at which time the Court appointed counsel. On May 19, 2022, a detention hearing was held in the Southern District and the Court ordered Mr. Maldonado released.  The following day the government filed a motion to revoke the order of release as well as a stay of the order, which was granted by this Court on May 20, 2022 and ordered the parties to set a hearing date for the government's motion.  Counsel in the Eastern District of California is needed in this matter to address the Court's order and provide representation on Mr. Maldonado's case going forward.

After reviewing his Financial Affidavit, it is respectfully recommended that CJA panel counsel

Kevin Rooney be promptly appointed *nunc pro tunc* as of May 25, 2022.

DATED: May 25, 2022                          */s/ Eric V. Kersten*

ERIC V. KERSTEN
Assistant Federal Defender
Branch Chief, Fresno Office


# **O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel, the

Court hereby appoints CJA panel counsel Kevin Rooney *nunc pro tunc* as of May 25, 2022,

pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:   **May 26, 2022**                          */s/ Barbara A. McAuliffe*

UNITED STATES MAGISTRATE JUDGE