Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA  93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, DONIS MALDONADO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>DONIS MALDONADO,<br><br>            Defendant. | Case No.: 1:21 CR  27 JLT/SKO<br><br>Stipulation and Order To Modify Conditions of Pretrial Release |

The parties to this matter, by and through their respective counsel, hereby stipulate as follows:

1. Mr. Maldonado's conditions of release require that a radio frequency (RF) transmitter device be attached to his person.

2. The Pretrial Services Office (PTS) has advised the parties that Mr. Maldonado's approved residence has issues with cellular reception which prevent the RF device from functioning properly. PTS suggests that a GPS tracking device will function more effectively.

///

///

3. The parties hereby stipulate and agree that Pretrial Condition of Release 7(l) be modified as follows: The following language is stricken: " … which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person." The following language will replace the stricken language: "including a GPS or other device attached to your person and location monitoring equipment installed at your residence, all at the discretion of Pretrial Service."

It is so stipulated and agreed:

Dated: June 30, 2022                                    PHILLIP A. TALBERT U.S. ATTY

                                                          /s/ Jessica Massey
                                                          JESSICA A. MASSEY
                                                          Assistant United States Attorney

Dated: June 30, 2022                                    Respectfully submitted,

                                                          /s/ Kevin Rooney
                                                          KEVIN P. ROONEY
                                                          Attorney for Defendant
                                                          Donis Maldonado

ORDER

IT IS SO ORDERED, pursuant to the stipulation of the parties, that condition of Pretrial release 7(l) in this matter is hereby modified and the following language is stricken: "… which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person."

The stricken language is ORDERED replaced by the following: "including a GPS or other device attached to your person and location monitoring equipment installed at your residence, all at the discretion of Pretrial Service."

Dated: 6/30/2022

*Sheila K. Oberto*
Hon. Sheila K. Oberto
United States Magistrate Judge