1  PHILLIP A. TALBERT
   United States Attorney
2  JESSICA A. MASSEY
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT
9              EASTERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,            CASE NO.  1:21-CR-00027-JLT-SKO-5

12                      Plaintiff,       STIPULATION REGARDING EXCLUDABLE
                                         TIME PERIODS UNDER SPEEDY TRIAL ACT;
13           v.                          ORDER

14 DONIS ARIEL MALDONADO,               DATE: December 7, 2022
                                         TIME: 1:00 p.m.
15                      Defendant.       COURT: Hon. Sheila K. Oberto

16

17                              **STIPULATION**

18        Plaintiff United States of America, by and through its counsel of record, and defendant Donis

19 Ariel Maldonado, by and through their counsel of record, hereby stipulate as follows:

20        1.    By previous order, this matter was set for status conference on December 7, 2022.

21        2.    By this stipulation, defendant now moves to continue the status conference until February

22 15, 2023, and to exclude time between December 7, 2022, and February 15, 2023, under 18 U.S.C.

23 § 3161(h)(7)(A), B(iv) [Local Code T4].

24        3.    The parties agree and stipulate, and request that the Court find the following:

25             a)    The government has represented that the discovery associated with this case

26 includes numerous reports, photographs, and recordings.  The government has provided

27 discovery and/or has made discovery available to counsel for review.  The government is aware

28 of its ongoing discovery obligations.

b)      Counsel for defendant desires additional time to consult with their client, review the current charges, conduct investigation, review/copy discovery, discuss potential resolutions with their client, prepare pretrial motions, and/or to otherwise prepare for trial.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 7, 2022, to February 15, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

///
///
///
///
///
///
///
///
///
///
///

Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  November 30, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ JESSICA A. MASSEY
JESSICA A. MASSEY
Assistant United States Attorney

Dated: November 30, 2022

/s/ KEVIN ROONEY
KEVIN ROONEY
Counsel for Defendant
DONIS ARIEL MALDONADO

**ORDER**

IT IS SO ORDERED.

Dated: 12/2/2022

*Sheila K. Oberto*
Hon. Sheila K. Oberto
U.S. Magistrate Judge