Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 215
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, DONIS MALDONADO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:21 CR 27 JLT/SKO |
| Plaintiff, | Stipulation and Order Regarding Modification Of Pretrial Release |
| vs. | |
| DONIS MALDONADO, et al | |
| Defendants. | |

The parties to this matter, by and through their undersigned counsel, hereby stipulate as follows:

1. That Mr. Maldonado has no reported violations of his conditions of Pretrial and is in full compliance as reported by the Pretrial Services Officer.

2. That Mr. Maldonado has requested permission to attend a quinceanera for his niece which will be held some distance from his home on the night of Saturday, May 27, 2023. Mr. Maldonado's ordinary curfew is 8:00 p.m. The Pretrial Services Office has no objection to allowing Mr. Maldonado to return home no later than 1:00 a.m. on Sunday, May 28, 2023.

3. The parties stipulate and agree that Mr. Maldonado's curfew for May 27, 2023 should be extended until 1:00 a.m. on Sunday, May 28, 2023 and that curfew shall return to its previous time (8:00 p.m.) thereafter.

It is so stipulated and agreed.

Dated: May 22, 2023                                         PHILLIP A. TALBERT, U.S. ATTY

                                                                                              s/ Kim Sanchez
                                                                                              Kimberly A. Sanchez
                                                                                              Assistant United States Attorney

Dated: May 22, 2023                                         Respectfully submitted,

                                                                                            s/ Kevin Rooney
                                                                                             KEVIN P. ROONEY
                                                                                             Attorney for defendant
                                                                                             DONIS MALDONADO

## ORDER

IT IS SO ORDERED, pursuant to the stipulation of the parties, that Mr. Maldonado's curfew time for May 27, 2023, is extended until 1:00 a.m. on Sunday, May 28, 2023, to allow him to attend his niece's quinceanera. This is a single-time curfew extension for May 27-28, 2023, only, and all other conditions of Pretrial Release remain in full force and effect.

Dated: 5/24/2023                                            *Sheila K. Oberto*
                                                                                                Hon. Sheila K. Oberto
                                                                                                Unites States Magistrate Judge