Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 215
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, DONIS MALDONADO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DONIS MALDONADO,<br><br>　　　　Defendant. | Case No.: 1:21-cr-00027-JLT-SKO<br><br>Stipulation and Order To Modify Conditions of PreTrial Release |

　　The parties to this matter, by and through their respective counsel, hereby stipulate as follows:

1. The parties, with the support of the PreTrial Services Office (PTS), agree that Mr. Maldonado' location monitoring restriction be modified from an 8:00 p.m. to 3:00 a.m. curfew to a midnight until 4:00 a.m. curfew and request the Court to order that modification.

///

///

1

2. Mr. Maldonado has been subject to conditions of release since June 2022. With the exception of one positive test for marijuana in September 2023, Mr. Maldonado has complied with all his conditions of release. His curfew allows a very early departure time due to his employment as a truck driver with occasional early morning work requirements.

It is so stipulated and agreed.

| | |
|---|---|
| Dated:  December __12__, 2023 | PHILLIP A. TALBERT U.S. ATTY |
| | /s/ Karen Escobar |
| | KAREN A. ESCOBAR |
| | Assistant United States Attorney |
| Dated:  December __12__, 2023 | Respectfully submitted, |
| | /s/ Kevin Rooney |
| | KEVIN P. ROONEY |
| | Attorney for Defendant |
| | Donis Maldonado |

## ORDER

IT IS SO ORDERED, pursuant to the stipulation of the parties, that the conditions of PreTrial release in this matter are hereby modified as follows: Mr. Maldonado's curfew is modified to requiring him to remain at his approved residence every night from midnight until 4:00 a.m., unless otherwise authorized, in advance, by his PreTrial Services Officer.
IT IS SO ORDERED.

Dated:   **December 12, 2023**              /s/ Erica P. Grosjean
                                             UNITED STATES MAGISTRATE JUDGE