PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONIS ARIEL MALDONADO,<br><br>Defendant. | CASE NO. 1:21-CR-00027-JLT-SKO<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: April 3, 2024<br>TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on April 3, 2024. In addition, the Court has ordered the parties to set a trial date.

2. The parties agree to set a trial date of December 10, 2024.

3. By this stipulation, defendant now moves to vacate the status conference and to exclude time between April 3, 2024, and December 10, 2024, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

4. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes numerous reports, photographs, and recordings.

     b)     The parties are in ongoing plea negotiations.

     c)     Counsel for defendant desires time until December 10, 2024, to consult with his client, review the current charges, conduct investigation, review discovery, discuss potential resolutions with his client, prepare pretrial motions, and/or to otherwise prepare for trial.

     d)     Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

     e)     The government does not object to the continuance.

     f)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

     g)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 3, 2024, to December 10, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: March 27, 2024                                                  PHILLIP A. TALBERT
                                                                                                         United States Attorney

                                                                                                         /s/ KAREN A. ESCOBAR
                                                                                                         KAREN A. ESCOBAR
                                                                                                         Assistant United States Attorney

Dated: March 27, 2024

/s/ KEVIN ROONEY
KEVIN ROONEY
Counsel for Defendant
DONIS ARIEL MALDONADO

**ORDER**

IT IS SO ORDERED.

Date: 3/28/2024

*Sheila K. Oberto*
Hon. Sheila K. Oberto
U.S. Magistrate Judge