Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA  93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, DONIS MALDONADO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DONIS MALDONADO,<br><br>Defendant. | Case No.: 1:21 CR 27 JLT/SKO<br><br>Joint Motion and Order To Modify Conditions of PreTrial Release<br><br>Date: TBD<br>Time: TBD<br><br>Hon. Stanley A. Boone |

Defendant Donis Maldonado, by and through counsel, hereby moves to modify his conditions of PreTrial Release to suspend his curfew for the dates of May 25 and 26, 2024 only, and thereby allow Mr. Maldonado to attend a camping trip with his extended family.

In support of this motion, Mr. Maldonado advises the Court that the PreTrial Services Office (PTS) supports this request. The United States Attorney's Office has deferred to PTS' expertise and judgement and consequently joins in this motion.

The parties also agree that:

1. Mr. Maldonado's conditions of release include a curfew from midnight to 4:00 a.m..

///

1

2. Mr. Maldonado has been subject to conditions of release since June 2022. With the exception of one positive test for marijuana in September 2023, Mr. Maldonado has complied with all his conditions of release.

Dated:  May __22__, 2024                    Respectfully submitted,

                                                /s/ Kevin Rooney
                                                KEVIN P. ROONEY
                                                Attorney for Defendant

Dated:  May _21___, 2024                    PHILLIP A. TALBERT U.S. ATTY

                                                /s/ Karen Escobar
                                                Karen Escobar
                                                Assistant United States Attorney
                                                Donis Maldonado

ORDER

IT IS SO ORDERED, pursuant to the joint motion of the parties, Mr. Maldonado's conditions of PreTrial release in this matter are hereby modified and Mr. Maldonado's curfew is suspended for May 25 and 26, 2024 only.  The curfew will resume on May 27, 2024 and Mr. Maldonado must be at his home no later than midnight on May 27 and remain there until at least 4:00 a.m. on May 28, 2024.

IT IS SO ORDERED.

Dated:   **May 21, 2024**

                                                    UNITED STATES MAGISTRATE JUDGE