AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br>Donis Maldonado<br><br>*Defendant* | ) ) Case No. 1:21-cr-00027-JLT-SKO<br>) )<br>) ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: October 18, 2024

*[Signed] For Donis MacDonado*
*Defendant's signature*

*[Signed]*
*Signature of defendant's attorney*

Kevin P. Rooney
*Printed name of defendant's attorney*

*[Signed] Jennifer L. Thurston*
*Judge's signature*

Jennifer L. Thurston, U.S. District Judge
*Judge's printed name and title*