Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 215
Fresno, CA  93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, DONIS MALDONADO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:21-CR-00027-JLT-SKO |
| ) | |
| Plaintiff, ) | Stipulation and Order To Modify Conditions |
| ) | of PreTrial Release |
| vs. ) | |
| ) | |
| DONIS MALDONADO, et al ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| _____ ) | |

The parties to this matter, through undersigned counsel, stipulate to add the following to

Mr. Maldonado's Conditions of PreTrial Release:

You must participate in a program of medical, psychological, or psychiatric treatment,

including treatment for potential or actual drug or alcohol dependency, as approved by the

PreTrial Services Officer, and further that you must pay all or part of the costs of the counseling

services based on your ability to pay, as determined by the PreTrial Services Officer. All other

conditions of pretrial release will remain in full force and effect.

Dated:  October 28, 2024                      Dated: October 28, 2024

                                                              Phillip A Talbert, United States Attorney


/s/ Kevin P. Rooney_____        /s/ Karen A. Escobar_____
KEVIN P. ROONEY                                 KAREN A. ESCOBAR
Attorney for defendant                            Assistant United States Attorney
DONIS MALDONADO

1

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:21-CR-00027-JLT-SKO |
| Plaintiff, | ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE |
| vs. | |
| DONIS MALDONADO, et al | |
| Defendants. | |

Mr. Maldonado's pre-trial release conditions are modified by adding the following condition:

You must participate in a program of medical, psychological, or psychiatric treatment, including treatment for potential or actual drug or alcohol dependency, as approved by the PreTrial Services Officer, and further that you must pay all or part of the costs of the counseling services based on your ability to pay, as determined by the PreTrial Services Officer. All other conditions of pretrial release will remain in full force and effect.

All other conditions of Mr. Maldonado's pretrial release remain in full force and effect.

IT IS SO ORDERED.

Dated:   **October 29, 2024**          _/s/ Barbara A. McAuliffe_
                                     UNITED STATES MAGISTRATE JUDGE