**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>DONIS ARIEL MALDONADO,<br><br>        Defendant. | Case No. 1:21-cr-00027 JLT SKO<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY; ORDER REFERRING THE MATTER FOR PREPARATION OF THE PRESENTENCE REPORT<br><br>(Doc. 138) |

On November 4, 2024, the defendant entered a guilty plea to Count 1 of the Indictment pursuant to Rule 11 of the Federal Rules of Criminal Procedure after having consented to the jurisdiction of the Magistrate Judge to take the plea. The Magistrate Judge entered written findings and recommendations outlining the considerations required by Federal Rules of Criminal Procedure Rule 11 and making findings thereon. (Doc. 138)

The Court served the findings and recommendations on counsel for the parties and provided 14 days within which to file objections. (Doc. 138) The Court advised the parties that, "Objections to these Findings and Recommendations are waived by the parties if not made within 14 days of this order." *Id*. at 3. No party filed objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1)(A) and Local Rule 302(a), (b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper

analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on November 4, 2024 (Doc. 138) are **ADOPTED** in full.
2. The Court confirms that the matter will proceed to sentencing on February 18, 2025 at 9:00 a.m. The matter is referred to the United States Probation Office for preparation of the presentence report.

IT IS SO ORDERED.

Dated:   **November 20, 2024**

UNITED STATES DISTRICT JUDGE

2