Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 215
Fresno, CA  93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, DONIS MALDONADO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:21 CR  27 JLT/SKO |
| Plaintiff, | MOTION TO EXONERATE BOND AND ALL SECURITY PLEDGED IN THS CASE; ORDER THEREON |
| vs. | |
| DONIS MALDONADO, | |
| Defendant. | |

Defendant DONIS MALDONADO, by and through his Attorney of Record, KEVIN P. ROONEY, hereby requests this Court to exonerate the entirety of the security which guaranteed Mr. Maldonado's appearance in this case.

On or about June 24, 2022, Mr. Maldonado was released from custody on an unsecured bond and an order to replace that bond with a $50,000 property bond secured by real property as described below.  The property bond was duly recorded on Augst 9, 2022 and subsequently provided to the Court. On November 4, 2024, Mr. Maldonado entered a guilty plea and on May 19, 2025, Mr. Maldonado was sentenced by District Judge Jennifer L. Thurston.

At the conclusion of the May 19, 2025, hearing, Mr. Maldonado was ordered to self-surrender to the US Marshal on July 28, 2025. Mr. Maldonado reported on time and is serving his sentence.

Mr. Maldonado respectfully requests the Court exonerate the entirety of any still existent unsecured bond and exonerate and reconvey the property bond that was provided for total equity

of $50,000 as described in the Los Angeles County Assessor's Office as the North Easterly 50 feet of the south westerly 398.99 feet, of that portion of lot 2, in block P, of the subdivision of the Rancho Potrero De Felipe Lugo, in the city of El Monte, County of Los Angeles, State of California, as Per Map Recorded in book 43 Pages(s) 43 ET SEQ of Miscellaneous Records, in the office of the county recorder of said county on  August 9, 2022 by Julver Nunez Garcia and Donis Maldnado.

Dated: September 17, 2025                               /s/ Kevin P. Rooney
                                                                 Kevin P. Rooney
                                                                 Attorney for Defendant,
                                                                 Donis Maldonado

**ORDER**

IT IS ORDERED THAT the above request for the Court to exonerate all security pledged on behalf of Donis Maldonado in this case, more specifically a North Easterly 50 feet of the south westerly 398.99 feet, of that portion of lot 2, in block P, of the subdivision of the Rancho Potrero De Felipe Lugo, in the city of El Monte, County of Los Angeles, State of California, as Per Map Recorded in book 43 Pages(s) 43 ET SEQ of Miscellaneous Records, in the office of the county recorder of said county on August 9, 2022 by Julver Nunez Garcia and Donis Maldnado, is hereby granted; and all security in this case is exonerated and title shall be reconveyed. Filed on 5/23/2024 Deed # 2022-0865009 [doc. 119].

Dated: September 20, 2025

HON. JENNIFER L. THURSTON
United States District Judge